IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA

        vs.          CR. NO. 99-00268-005 (DRD)

CESAR BURGOS-PEREZ
T/N: CESAR LUIS BURGOS-PEREZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION NOTIFYING AMENDMENT OF ORDER

TO THE HONORABLE DANIEL R. DOMINGUEZ,
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

    **COMES NOW, NORMA RIVERA-ROCHET, U.S. PROBATION OFFICER OF THIS HONORABLE COURT,** and respectfully informs that the Order filed on November 1st, 2004 with the <u>Motion Notifying Violations of Supervised Release Term, Request for Tolling of the Term and Issuance of an Arrest Warrant</u> contained erroneous and was missing information. As such, an Amended ORDER is filed with the pertinent data.

    **WHEREFORE,** it is prayed that the Court take into account the amended Order and disregard the Order initially filed.

    In San Juan, P.R., this 1st day of November 2004.

                              Respectfully submitted,

                              EUSTAQUIO BABILONIA, CHIEF
                              U.S. PROBATION OFFICER

                              <u>S/Norma Rivera-Rochet</u>
                              Norma Rivera-Rochet
                              U.S. Probation Officer
                              Federal Office Building
                              150 Carlos Chardón Ave., Room 400
                              San Juan, Puerto Rico 00918
                              Main Telephone #: (787) 771-1269
                              Fax: (787) 766-5945
                              e-mail address: norma_rivera@prp.uscourts.gov

NRR/evn

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFIED** that on October 29, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Antonio Bazán, Torre Chardón, Suite 1201, 350 Carlos Chardón Avenue, San Juan, 00918; Jorge Rivera, PO Box 1845, Manati, Puerto Rico 00674.

At San Juan, Puerto Rico, November 1st , 2004.

S/Norma Rivera-Rochet
Norma Rivera-Rochet
U.S. Probation Officer-in-Charge
Federal Office Building Room 400
San Juan, PR  00918-1741
Main Telephone #: (787) 771-1269
Fax: (787) 766-5945
e-mail address: norma_rivera@prp.uscourts.gov

NRR/evn