# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*

UNITED STATES OF AMERICA

                                                                  CR. NO.  99-00268-005 (DRD)

CESAR BURGOS-PEREZ
T/N CESAR LUIS BURGOS-PEREZ

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*

## O R D E R

Upon petition of NORMA RIVERA-ROCHET, U.S. PROBATION OFFICER of this Court, alleging that releasee, César Burgos-Pérez, has failed to comply with his conditions of supervised release, it is

ORDERED that releasee appear before this Court on _____ 2004, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against his.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against his.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the arrest of releasee, César Burgos-Pérez, toll the Supervised Release Term, and notify counsel for releasee and the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this      day of      2004.

                                                                    _____
                                                                    **Honorable Daniel R.  Domínguez**
                                                                     U.S. District Judge

NRR/evn