AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Judicial__ **DISTRICT OF** __Puerto Rico__

**UNITED STATES OF AMERICA**

    **V.**

CESAR L. BURGOS PEREZ          *WARRANT FOR ARREST*

                                                 **CASE NUMBER: CR. 99-268-05 (DRD)**

To:      The United States Marshal
            and any Authorized United States Official

**YOU ARE HEREBY COMMANDED** to arrest **CESAR L. BURGOS PEREZ**
                                                                (Name)
and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of Court      [ ] Violation Notice      [ X ] Supervise Release Violation Petition

charging him or her with (brief description of offense)

Violation of several conditions of his supervised release imposed.

in violation of Title _____ United States Code, Section(s) _____

DANIEL R. DOMINGUEZ                      United States District Judge
Name of Issuing Officer                                           Title of Issuing Officer

By: s/ Omar Flaquer Mendoza              November 1, 2004 at Hato Rey, Puerto Rico
Signature of Issuing Officer                                       Date and Location

Bail fixed at **$** _____          By:    s/ DANIEL R. DOMINGUEZ
                                                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____. | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: <u>CESAR BURGOS PEREZ</u>

ALIAS: <u>Not known</u>

LAST KNOWN RESIDENCE: <u>Barriada Lopez Nussa, Bloque 17, Apt. 183 Ponce, PR</u>

LAST KNOWN EMPLOYMENT: <u>Not Known</u>

PLACE OF BIRTH: _____

DATE OF BIRTH: ▮▮▮▮▮▮ _____

SOCIAL SECURITY NUMBER: ▮▮▮▮▮ _____

HEIGHT: _____   WEIGHT: _____

SEX: <u>  Male  </u>   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

U.S. MARSHAL <u>NO: 19046-069</u>

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____