Starting Time: 5:59 p.m.
Ending Time: 6:04 p.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS           DATE: February 9, 2005

HONORABLE AIDA M. DELGADO-COLON  U. S.  MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón      Case No. CR. 99-0268-05 (DRD)

PTS: Maricarmen Ríos

===============================================================

United States of America              ATTORNEYS:

Plaintiff

vs.

César L. Burgos-Pérez

Defendant(s)

===============================================================

Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. Daniel R. Domínguez, U.S. District Judge on November 1, 2004.

Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of supervised release is set for February 11, 2005 at 10:00 a.m. before Hon. Aida M. Delgado-Colón, U.S. Magistrate Judge.**

                                                 s/ Sarah V. Ramón
                                                 Sarah V. Ramón, Deputy Clerk