IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA   *
                                      *
    Plaintiff                *      CASE NO. 99-268-05 (DRD)
                                      *
    vs.                      *
                                      *
César L. Burgos-Pérez       *
    Defendant           *
                                      *

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE TO MDC-GUAYNABO

### RE: DEFENDANT'S MEDICAL CONDITION AND/OR TREATMENT

Please be advised that the above-captioned defendant is being or has been treated and/or suffers from the following:

Has a fracture on his left arm
Has had a cast since January 2 2005
Deft claims he has a fracture on his lower spine

Defendant informed he/she is taking the following medications:

_____
_____
_____
_____

In San Juan, Puerto Rico, this 9 day of February, 2005.

_____
Magistrate Courtroom Deputy
or Judicial Officer

s/c: AUSA, USM, PTS, ATTY, MDC