IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>César L. Burgos-Pérez<br><br>Defendant | CASE NO. CR. 99-268 |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on   February 10, 2005

                                    FRANCES RIOS DE MORAN
                                    Clerk of the Court

                                  By: s/Sarah V. Ramón
                                       Sarah V. Ramón, Deputy Clerk

s/cs: AUSA
     USM
     USPO
     FPD