IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br><br>v<br><br>CESAR L. BURGOS-PEREZ,<br>     Defendant. | CRIMINAL  NO.  99-268-05(DRD)M |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1. Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for César L. Burgos-Pérez.

2. Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made to the AFPD assigned to the case. Request that electronic notifications to the Federal Public Defender, Mr. Joseph C. Laws, Jr., be terminated.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 14th day of February of 2005.

JOSEPH C. LAWS, JR.
Federal Public Defender
District of Puerto Rico

*S/Victor Gonzalez-Bothwell*
VICTOR GONZALEZ-BOTHWELL
USDC-PR 219707
AFPD for Defendant
241 Franklin D. Roosevelt Avenue
San Juan, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail : Victor_Gonzalezl@fd.org