# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                     DATE: February 11, 2005

HONORABLE AIDA M. DELGADO-COLON, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón      Case No. CR. 99-0268-05 (DRD)

COURT REPORTER: FTR

INTERPRETER: Hilda Gutiérrez           USPO: Luis Encarnación
================================================================
United States of America          ATTORNEYS: Antonio Bazán

Plaintiff

vs.

César Burgos-Pérez                         Carlos Vázquez, FPD

Defendant(s)
================================================================

    CASE IS CALLED FOR an Order to Show Cause hearing ordered by the Magistrate Judge for defendant's failure to comply with his conditions of supervised release.

    Counsel for defendant informs that his client will not contest the allegations as so informed by the probation officer. However, he clarifies that the case which was pending at state level was dismissed due to lack of probable cause.

    After having further discussed the case with the probation officer and after hearing the statements made by defense counsel, Magistrate Delgado-Colón finds there is probable cause for the supervised release term to be revoked. A report and recommendation will be issued to the Presiding Judge for setting of a Final Revocation hearing.

                                          s/Sarah V. Ramón
                                          Sarah V. Ramón, Deputy Clerk