# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE DANIEL R. DOMINGUEZ | Date: February 17, 2005 |
| COURTROOM DEPUTY: Omar FLAQUER | **CR NO: 99-268-05 (DRD)** |
| COURT REPORTER: Yvette RICHARDSON | |
| COURT INTERPRETER: Marie HERNANDEZ | USPO: Norma RIVERA |

================================================================================

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio BAZAN |
| vs. | |
| [5] CESAR L. BURGOS PEREZ | Victor GONZALEZ, AFPD |

================================================================================

The defendant is present in court. He is <u>X</u> under custody.

CASE CALLED FOR HEARING on revocation on supervised release. The Court wants a full investigation as to the criminal charges pending in Ponce, that allegedly were dismissed. This investigation shall be made by, counsel for the defendant, the government, and USPO Norma Rivera.

Further revocation hearing is continued for **February 22, 2005 at 9:00 a.m.**

S/ ***Omar Flaquer Mendoza***
Omar Flaquer Mendoza
Courtroom Deputy Clerk