# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE DANIEL R. DOMINGUEZ					Date: February 22, 2005

COURTROOM DEPUTY: Omar FLAQUER				**CR NO: 99-268-05 (DRD)**

COURT REPORTER: Diane BREAZ

COURT INTERPRETER: Moises HERNANDEZ				USPO: Norma RIVERA

==============================================================================

Attorneys:

UNITED STATES OF AMERICA			AUSA Antonio BAZAN

vs.

[5] CESAR L. BURGOS PEREZ			Victor GONZALEZ, AFPD.

==============================================================================

The defendant is present in court. He is <u>X</u> under custody.

CASE CALLED FOR FURTHER REVOCATION HEARING. The Court after having heard the parties, finds that the term of supervised release imposed on June 8, 2000 will not be revoked. Therefore, it is the judgment of the Court that the defendant is reinstated to the term of supervision imposed on June 8, 2000. Since the original term of supervised release expired on November 2, 2004, the Court orders the U.S. Marshal to release this defendant from custody forthwith.

S/ *Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Courtroom Deputy Clerk